IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES DANIELS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:17-CV-752-WHA |
| | ) |
| CAPT. FONDREN, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On November 13, 2017, the Magistrate Judge entered a Recommendation that this case be transferred to the United States District Court for the Northern District of Alabama for review and disposition (Doc. #3). No timely objections have been filed to the Recommendation. After an independent review of the file in this case, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1406(a) for review and disposition.

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the transfer of this action.

DONE this 6th day of December, 2017.

    /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE